1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10          SACRAMENTO DIVISION

11

12

13

| MICHAEL WAYNE JOHNSON, | 2:18-cv-3101-JDP (PC) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JOE A. LIZARRAGA, *et al.*, | Judge:       Hon. Jeremy D. Peterson |
| Defendants. | Trial Date:   TBD<br>Action Filed:  April 14, 2020 |

18          The court, having considered defendants' motion to modify the discovery and scheduling

19   order, and good cause having been found:

20          It is hereby ORDERED that defendants' motion is granted.  The deadline to take plaintiff's

21   deposition is extended to March 1, 2021, and the deadline to file dispositive motions is extended

22   to June 2, 2021.

23

24   IT IS SO ORDERED.

25

26   Dated:    January 6, 2021          _____
                                        JEREMY D. PETERSON
27                                      UNITED STATES MAGISTRATE JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28