UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOE A. LIZARRAGA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-cv-03101-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REFER CASE TO THE COURT'S ADR PROJECT<br><br>ECF No. 31 |

　　　Plaintiff has filed a motion requesting that this case be referred to the court's Alternative Dispute Resolution ("ADR") Project. ECF No. 31. Although the court appreciates plaintiff's suggestion, after assessing the status of the case I believe that a settlement conference would currently be unproductive and an unwise use of scarce judicial resources. Accordingly, plaintiff's request to refer this case to the court's ADR Project, ECF No. 31, is denied.

　　　If plaintiff still believes that a settlement conference would be beneficial after the parties have completed discovery, he may renew his motion to set a settlement conference.

IT IS SO ORDERED.

Dated: ___February 4, 2021___　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE