UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOE A. LIZARRAGA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-cv-03101-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AND DENYING HIS MOTION TO REFER CASE TO THE COURT'S ADR PROJECT<br><br>ECF Nos. 41 & 43 |

　　　　Plaintiff has filed a motion for an extension of time to file a response to defendants' motion for summary judgment. ECF No. 43. Plaintiff's motion is granted, and the opposition filed November 1, 2021, ECF No. 44, is deemed timely.

　　　　Also pending is plaintiff's motion for this case to be referred to the court's Alternative Dispute Resolution ("ADR") Project. ECF No. 41. Considering defendants' pending motion for summary judgment, the court believes that a settlement conference would be productive. Plaintiff's motion is therefore denied without prejudice to renewal upon resolution of defendants' motion for summary judgment.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. Plaintiff's motion to refer the case to the court's ADR project, ECF No. 41, is denied without prejudice.

　　　　2. Plaintiff's motion for an extension of time, ECF No. 43, is granted.

3. Plaintiff's opposition filed November 1, 2021, ECF No. 44, is deemed timely.

IT IS SO ORDERED.

Dated:    January 3, 2022          /s/ Jeremy Peterson
                                                   JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE