UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>Defendants. | No.  2:18-cv-03101-JAM-JDP (PC)<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, brought this action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On May 14, 2021, the magistrate judge issued an order denying plaintiff's motions to compel discovery.  ECF No. 38.  Plaintiff has filed a motion for reconsideration of the magistrate judge's order.  ECF No. 39.

A magistrate judge's orders shall be upheld unless it is "clearly erroneous or contrary to law."  28 U.S.C. § 636(b)(1)(A); E.D. Cal. L.R. 303(f).  Under that standard, the court must accept the magistrate judge's decision unless it has a "definite and firm conviction that a mistake has been committed."  *Concrete Pipe & Prods. of Cal., Inc. v. Const. Laborers Pension Trust for So. Cal.*, 508 U.S. 602, 622 (1993); *Husain v. Olympic Airways*, 316 F.3d 829, 835 (9th Cir. 2002).

Upon review of the entire file, the court finds that the magistrate judge's ruling is not clearly erroneous or contrary to law. *Id.*

Therefore, it is hereby ORDERED that:

1. Upon reconsideration, the magistrate judge's May 14, 2021 order, ECF No. 37, is AFFIRMED; and

2. Plaintiff's Motion for Reconsideration, ECF No. 38, is DENIED.

DATED: February 8, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE